UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
JUL 27 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

GUSTRY LESHAM SAILEE Plaintiff(s),

vs.

Case No. 26-cv-3429 MJD/DTS
(To be assigned by Clerk of District Court)

State of Minnesota
Minneapolis Police Department
JHON OCHS MARK BOHUSAC
And unknown officers ETC.

DEMAND FOR JURY TRIAL

YES [X] NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

**COMPLAINT**

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

a. Plaintiff GUSTRY LESHAM SAILEE

Name

Street Address 3301 7th Ave north Anoka

County, City Anoka

State & Zip Code 55303

Telephone Number 651-431-5305

LT SCANNED
JUL 27 2026
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name: JHon OCHS

      Street Address: Minneapolis Police Department 4th Precint

      County, City: Hennepin, Minneapolis

      State & Zip Code: Minnesota

   b. Defendant No. 2

      Name: MARK BoHnSAC

      Street Address: Minneapolis Police Department 4th Precint

      County, City: Hennepin. Minneapolis

      State & Zip Code: Minnesota

   c. Defendant No. 3

      Name: Unkown Minneapolis Police officer 4th Precint

      Street Address: Minneapolis Police Department 4th Precint

      County, City: Hennepin, Minneapolis

      State & Zip Code: Minnesota

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: State of Citizenship:

   Defendant No. 1: State of Citizenship:

   Defendant No. 2: State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

   ☒ Defendant(s) reside in Minnesota ☒ Facts alleged below primarily occurred in Minnesota
   ☐ Other: explain

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

Complaint - Hate Crime 1# Turn over [redacted]

On or About 2002 - FEBRUARY MY Residence WAS 3211 Sheridan Ave North MPLS 55412 A friend Came over My Mothers Residence to Visit I Walked to Her Car Her name was Christina Johnson I Sat on Her Passenger Side of Vehicle Before I Got into Her Car I Could See A Squad Car At The End of Block on Sheridan while I WAS Sitting In The Car Talking to My friend The Minneapolis Police Pulled up Blocked Her Car in And officer Mark Bohnsac . And Jhon ochs Came to Passenger Door Said I Had A Warrant Pulled Me out of Car towards Middle of Street Several Squad Cars Came Pulling Around Corner with Police Chief Robert Cheif olson Kicked Me In Mouth I was Hogtied And MPLS Police officer Cut an Swatstika on My Back Like Hitler Sign My Left Pinky WAS Twisted In Knot Like an Pretzel I WAS Let out Hennepin County Work House Days Earlier. They Did This over Traffic Citation From Anoka County I never Resisted. Check Dash Cameras Hit My family with Shoes And Said Monkeys And Niggers Don't Have Rights. Complaint from Me And My family was filed with Civilian Review Authority Please Pull Records Complaints Also filed with FBI

CHRISTINA SHANSON DRIVER of CAR WAS ALSO THROWN into

A SNOW BANK SHE HAS COMPLAINT with CIVILIAN REVIEW AUTHORITY 2002 AND SHE IS A WITNESS.

Please investigate

Complaints: Civilian Review Athority

Federal Beuen of Investigations

111 Washinton

I Gustey Sailee

TALKED AND GAVE PICTURES to

FBI Agents

False charges were filed 2002 4th DeeGree ASSAULT ON PEACE officer The officers ALSO kneeled on MY neck In Attempted Murder FOR 20 mins FROST Bite on MY face. Pictures at north Memorial.

Gustey Sailee

July 19, 2026

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Allowed The Plaintiff One Hundred Million Dollars
Hold Thewse officers Accountable of Law for Hate Crimes
Triggering The no limitation Rule Mathew Shepard And
James Byrd Jr. Crime Prevention Act 18 USC §249
Federal Hate Crime law. For Attempted Murder Could of Cause
Death, Curved Swastika on Back And Dislocated Mr.
Sailee finger. See Reports From Civilian Review Authority
2002 2-9-2002

Signed this 19 day of July 26

Signature of Plaintiff [signature]

Mailing Address
3301 7th Ave North Anoka
Anoka, Mn 55303

Telephone Number 651-431-5305

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.