EXHIBIT

## Federal Statute of Limitations for Hate Crime Assaults or Attempted Murders

Under the **Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act** (18 U.S.C. § 249), federal hate crime laws cover certain violent acts committed because of the victim's actual or perceived race, color, religion, national origin, gender, sexual orientation, gender identity, or disability LII / Legal Information Institute**+1**.

**Statute of limitations rules** for these crimes depend on the nature of the offense:

- **For offenses not resulting in death**:
  The statute of limitations is **seven years** from the date the crime was committed FBI.
- **For offenses resulting in death**:
  There is **no statute of limitations** — the federal government can prosecute at any time FBI.
- **For offenses involving an attempt to kill, aggravated sexual abuse, or kidnapping**:
  These are treated as aggravated hate crimes under § 249, and the statute of limitations is also **seven years** for non-death cases, but death can occur in such cases, triggering the no-limitation rule LII / Legal Information Institute**+1**.

**Key points:**

- The federal statute of limitations applies only if the state does not have jurisdiction or if the federal government is prosecuting under its own authority U.S. Department of Justice.
- If the assault or attempted murder was part of a hate crime, the protections and limitations still apply under the federal law.
- In Minnesota, state law may have its own statute of limitations for assault and attempted murder, but federal hate crime statutes can override or supplement state rules in certain cases.

**Practical takeaway:**
If you are facing a federal hate crime charge involving assault or attempted murder, the prosecution clock depends on whether death occurred. If death happened, the federal government can pursue charges indefinitely; if not, the clock starts after seven years from the offense date.

RECEIVED BY MAIL
JUL 27 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL 27 2026
U.S. DISTRICT COURT MPLS