Gustry L. Sailee
3301 7th Ave North
Anoka, Mn 55303

1776 ★ 2026 USA FOREVER
1776 ★ 2026 USA FOREVER
1776 ★ 2026 USA FOREVER
1776 ★ 2026 USA FOREVER
1776 ★ 2026 USA FOREVER

RECEIVED BY MAIL
JUL 27 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States Court House
300 South Fourth Street
Room 202
Minneapolis, Mn 55415

SCANNED
LT
JUL 27 2026
U.S. DISTRICT COURT MPLS