Att: MAGISTRATE

United DISTRICT Court

26-cv-3429 MJD/DTS

GUSTRY L SAILEE

I Am Requsting PRO'SE PROJECT Lawyer with Federal BAR ASSociation Minnesota CHapter Please Aprove LEGAL Services Provider Enabling PRO'SE ProJect Volunteer to Recieve PRO'Bono CLE Credit

Sincerely. GUSTRY L. SAILEE

July 19.2026

RECEIVED BY MAIL
JUL 27 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

LI SCANNED
JUL 27 2026
U.S. DISTRICT COURT MPLS