# UNITED STATES DISTRICT COURT

## District of Minnesota

Gustry Leshan Sailee,

Plaintiff,

v.

State of Minnesota, Minneapolis Police Department, 4th Precinct, Jhon Ochs, Mark Bohnsac

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-03429-MJD-DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Gustry Lesham Sailee's complaint, **[Dkt. 1]**, is **DISMISSED with prejudice.**
2. Sailee's IFP application, **[Dkt. 2]**, is **DENIED as moot.**
3. Sailee's Motion for Referral to the Pro Se Project, **[Dkt. 3]**, is **DENIED as moot**.

Date: 9/18/2026

KATE M. FOGARTY, CLERK